In the Matter of EUGENE EPSTEIN, Appellant, against JOHN J. McELLIGOTT, as Fire Chief and Commissioner of the Fire Department of the City of New York, Respondent.

Argued February 28, 1939; decided April 4, 1939.

*Menahem Stim* for appellant.

*William C. Chanler, Corporation Counsel (James Hall Prothero, Paxton Blair* and *Charles E. Hirsimaki* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.